# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR106 |
| vs. | ) | ORDER |
| RUSSELL GLENN PIERCE, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*.

During the hearing on May 6, 2013, releasing defendant Russell Glenn Pierce (Pierce), the court announced Pierce would be subject to electronic monitoring in connection with his home confinement program. The actual written order (Filing No. 46) inadvertently indicated the home confinement program will not include electronic monitoring. The written order is in error as Pierce's home confinement program **WILL INCLUDE** electronic monitoring at Pierce's expense.

**IT IS SO ORDERED.**

DATED this 8th day of May, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge