**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | 8:13CR106 |
| ) | |
| vs. ) | ORDER |
| ) | |
| **RUSSELL GLENN PIERCE,** ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Russell Glenn Pierce (Pierce) (Filing No. 138). Pierce seeks an extension of time in which to file pretrial motions in accordance with the progression order. Pierce's counsel represents that government's counsel has no objection to the motion as long as the extension relates only to motions regarding the computer forensic expert. Upon consideration, the motion will be granted as long as the motions relate to the computer forensic expert.

**IT IS ORDERED:**

Defendant Pierce's motion for an extension of time (Filing No. 138) is granted. Pierce is given until **on or before March 7, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between December 26, 2013, and March 7, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 26th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge