### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:13CR106 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RUSSELL GLENN PIERCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Russell Glenn Pierce (Pierce) to modify conditions of release (Filing No. 227). Pierce seeks removal of his ankle monitor for his travel from the Southern District of Florida to the District of Nebraska and return. Pierce's counsel represents that government's counsel has no objection. Pretrial Service represents the ankle monitor does not interfere with airline travel and opposes the motion. Upon consideration, the motion to modify (Filing No. 227) is denied.

**IT IS SO ORDERED.**

DATED this 5th day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge