IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiffs,                             **8:13CR106**

          vs.

RUSSELL GLENN PIERCE,                                       **ORDER**

                    Defendant.

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 247. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 247, is adopted in its entirety; and

2.  The defendant's motion to suppress, Filing No. 164, is denied.

Dated this 12th day of November, 2014

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge